David A. Scheffel, Esq.
Eric B. Epstein, Esq.
DORSEY & WHITNEY LLP
51 West 52nd Street
New York, NY 10019-6119
(212) 735-0799

*Attorneys for Defendant Emigrant Mortgage Company*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

JEAN ROBERT SAINT-JEAN and EDITH
SAINT-JEAN,

                Plaintiffs,

          -v-

EMIGRANT MORTGAGE COMPANY,

                Defendants.

-----------------------------------------------------------X

Index No. 11-CV-2122

The Honorable Sterling Johnson, Jr.

## NOTICE OF MOTION

      PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Motion to Dismiss Complaint, upon the accompanying Declaration of David A. Scheffel in Support of Motion to Dismiss Complaint, and upon all prior pleadings herein, Defendant Emigrant Mortgage Company hereby moves to dismiss the Complaint in this action pursuant to Rule 12 of the Federal Rules of Civil Procedure, together with such other or further relief that the Court may deem just and proper.

Dated: June 8, 2011   Respectfully submitted,

DORSEY & WHITNEY LLP

/s/ David A. Scheffel
David A. Scheffel
Eric B. Epstein
51 West 52nd Street
New York, NY 10019-6119

*Attorneys for Defendant*
*Emigrant Mortgage Company*