```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

JEAN ROBERT SAINT-JEAN and EDITH
SAINT-JEAN,
                                                               Index No. 11-CV-2122
                                  Plaintiffs,
                                                               The Honorable James Orenstein
                        -v-

EMIGRANT MORTGAGE COMPANY,

                                  Defendant.
-----------------------------------------------------------X
```

## JOINT STATUS REPORT REGARDING DISCOVERY

This Joint Status Report Regarding Discovery is respectfully submitted on behalf of the parties to this case, per the Order issued on May 3, 2012, by The Honorable James Orenstein, following a status conference on that date. Apart from the items outlined below, the parties have not reached any further resolution of the discovery disputes highlighted in the Joint Status Report submitted on April 23 (Dkt. No. 39).

<u>Emigrant's Recent Motion to Stay Discovery Pending Decision on Motion to Dismiss</u>

On May 31, 2012, Emigrant, based on its position as to recent proceedings concerning its motion to dismiss, after that motion to dismiss was fully submitted on May 24, 2012 following oral argument, moved for a stay of discovery pending a determination of that motion to dismiss. Plaintiffs, who oppose Emigrant's stay application, will respond to Emigrant's motion to stay on June 7, 2012.

<u>Discovery Agreements Arising Out of May 3, 2012 Status Conference</u>

At the Status Conference before Judge Orenstein on May 3, Emigrant stated that it would be willing to limit its request regarding communications with lenders about late or missed payments (Emigrant's Document Request #22) only to documents pertaining to prior mortgage

1

loans. In accordance with this limitation, Plaintiffs have agreed to search for the requested documentation. With respect to Emigrant's request for Plaintiffs' income documents (Emigrant's Document Request #18), Plaintiffs have already produced all W-2s in their possession (2004-2008) and have agreed to request W-2s from the IRS from 1995, when Plaintiffs purchased the subject property, through 2003.

As per an agreement between the parties at the May 3 Conference, Plaintiffs will provide Emigrant with a list of tasks associated with Plaintiffs' loan where already-provided discovery documents do not indicate the identity and/or title of the individual performing the task, as well as a list of documents from Plaintiffs' loan file that utilize initials of Emigrant employees, so that Emigrant may identify the full names and titles of the individuals so identified.

Depositions

Two depositions have been noticed by Plaintiffs. A Rule 30(b)(6) deposition regarding the issue of Emigrant's general technology systems for maintaining documents and information, as well as other issues related to document and information systems, with respect to mortgage loans is scheduled to commence on June 7, 2012. The parties are in dispute about the scope of this 30(b)(6) deposition, and may seek separate guidance from Judge Orenstein on this matter.

A deposition of Neil Rouse, underwriter of the Saint-Jean loan, is scheduled for June 20, 2012.

Discovery Motions

Plaintiffs and Defendant each intend to file letter motions to compel and/or for protective orders, and the parties agreed to the following briefing schedule:

    Each party's motion shall be served on or before June 15.

    Oppositions shall be served on or before June 29.

      Due to the extensive nature of the remaining discovery disputes, the parties respectfully request an extension of the letter motion page limit to fifteen pages, exclusive of attachments, for their motions as well as for their respective responses in opposition.

Dated: June 4, 2012                         Respectfully submitted,

| SOUTH BROOKLYN LEGAL SERVICES | DORSEY & WHITNEY LLP |
|---|---|
| /s/ Rachel Geballe<br>Rachel D. Geballe<br>105 Court Street<br>3rd Floor<br>Brooklyn, NY 11201<br>*Attorneys for Plaintiffs Jean Robert Saint-Jean and Edith Saint-Jean* | /s/ David A. Scheffel<br>David A. Scheffel<br>Eric B. Epstein<br>51 West 52nd Street<br>New York, NY 10019-6119<br>*Attorneys for Defendant Emigrant Mortgage Company* |