**RELMAN, DANE & COLFAX** PLLC

1225 19TH STREET NW SUITE 600
WASHINGTON DC 20036-2456

TEL 202-728-1888
FAX 202-728-0848
WEBSITE WWW.RELMANLAW.COM

December 18, 2013

Hon. James Orenstein
United States Magistrate Judge
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    **Re:**    *Saint-Jean v. Emigrant Mortgage Company*, **11-cv-2122 (SJ)(JO)**

Dear Judge Orenstein:

    The enclosed exhibit supplements Plaintiffs' Motion to Compel (Docket No. 116) (Dec. 13, 2013) ("Motion"). Plaintiffs inadvertently omitted this exhibit from the Motion.

    Exhibit 1 to the Motion identifies all entries from Defendant's privilege log for documents Defendant is withholding solely on the basis of the bank examination privilege. The enclosed Exhibit 5 identifies all entries from Defendant's redaction log for documents that Defendant has redacted solely on the identical basis. The arguments in the Motion apply in full to these redacted documents, and Plaintiffs respectfully ask the Court to consider the arguments set forth in the Motion as applicable to both the privilege log and the redaction log entries.

                                            Respectfully submitted,

                                            /s/ Glenn Schlactus
                                            Glenn Schlactus
                                            Timothy M. Smyth

Cc:    All counsel via ECF
        Federal Deposit Insurance Corporation via U.S. mail
        Federal Reserve Bank of New York via U.S. mail
        Office of the Comptroller of the Currency via U.S. mail and electronic mail
        Vermont State Department of Financial Regulation via U.S. mail
        and electronic mail