

December 22, 2013

Hon. James Orenstein
United States Magistrate Judge
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:   *Saint-Jean v. Emigrant Mortgage Company*, 11-cv-2122 (SJ)(JO)

Dear Judge Orenstein:

    South Brooklyn Legal Services represents the Plaintiffs in the above-referenced action. Attached, please find an amended Motion to Quash. The original Motion to Quash, filed on December 21, mistakenly stated that Mr. and Mrs. Saint-Jean had provided Defendants with all years of W-2s with the exception of 1998 and 1999. I discovered today that, due to an office error, Defendants have not yet received Mrs. Saint-Jeans 2000 through 2003 W-2s. We will remedy this situation shortly and I have updated the motion to reflect an accurate account of the documents received, and to-be-received, by Defendant. I addition, I have fixed a typo in the original motion.

    Thank you for your consideration of this matter.

                Respectfully submitted,

                /s/
                Rachel D. Geballe

Cc:    All counsel via ECF

Encl.

**South Brooklyn Legal Services**
105 Court Street, 3rd Floor Brooklyn, NY 11201
Phone and Fax: 718-237-5573   www.sbls.org
**Rachel D. Geballe**, Staff Attorney

**Towards justice and dignity for all – Por la Justicia y Dignidad de Todos**

