UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------x
JEAN ROBERT SAINT-JEAN,
EDITH SAINT-JEAN,
FELEX SAINTIL, YANICK SAINTIL,
BEVERLEY SMALL, JEANETTE
SMALL, LINDA COMMODORE
and FELIPE HOWELL,

                Plaintiffs,

     v.

11 CV 2122 (SJ) (RLM)

EMIGRANT MORTGAGE COMPANY
and EMIGRANT BANK,

                Defendants.
-----------------------------------------------------x

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ JUN 27 2016 ★
BROOKLYN OFFICE

## **VERDICT FORM**

(1) Have Plaintiffs proven by a preponderance of the evidence that Defendant **Emigrant Bank** violated the federal Fair Housing Act and Equal Credit Opportunity Act?

    Yes _[signed]_
    No _____

(2) Have Plaintiffs proven by a preponderance of the evidence that Defendant **Emigrant Bank** violated the New York City Human Rights Law?

    Yes _[signed]_
    No _____

(3) Have Plaintiffs proven by a preponderance of the evidence that Defendant **Emigrant Mortgage Company** violated the federal Fair Housing Act and Equal Credit Opportunity Act?

    Yes _[signed]_
    No _____

CONTINUE TO THE NEXT PAGE

COURT EXHIBIT

3

(4) Have Plaintiffs proven by a preponderance of the evidence that Defendant **Emigrant Mortgage Company** violated the New York City Human Rights Law?

Yes /// 
No _____

(5) Did Emigrant prove by a preponderance of the evidence that **Felex and Yanick Saintil** knowingly and voluntarily agreed to release their claims against Emigrant in their March 2010 Modification Agreement and release?

Yes /// 
No _____

*If you answered "Yes" to Question 5, do not answer Question 6. Skip to Question 7.*

(6) If you answered "yes" to one or more of Questions 1 through 4, please enter the amount of compensatory damages Plaintiffs **Felex and Yanick Saintil** are entitled to as a result of Defendants' violation of the Fair Housing Act, Equal Credit Opportunity Act, and/or New York City Human Rights Law.

**Felex Saintil**       $_____

**Yanick Saintil**      $_____

(7) If you answered "yes" to one or more of Questions 1 through 4, please enter the amount of compensatory damages **Plaintiffs Jean Robert and Edith Saint-Jean** are entitled to as a result of Defendants' violation of the Fair Housing Act, Equal Credit Opportunity Act, and/or New York City Human Rights Law.

**Jean Robert Saint-Jean**   $ 180,000

**Edith Saint-Jean**         $ 180,000

(8) If you answered "yes" to one or more of Questions 1 through 4, please enter the amount of compensatory damages **Plaintiffs Beverley and Jeanette Small** are entitled to as a result of Defendants' violation of the Fair Housing Act, Equal Credit Opportunity Act, and/or New York City Human Rights Law.

**Beverley Small**      $ 70,000

**Jeanette Small**      $ 110,000

(9) If you answered "yes" to one or more of Questions 1 through 4, please enter the amount of compensatory damages **Plaintiff Linda Commodore** is entitled to as a result of Defendants' violation of the Fair Housing Act, Equal Credit Opportunity Act, and/or New York City Human Rights Law.

**Linda Commodore**     $ 185,000

(10) If you answered "yes" to one or more of Questions 1 through 4, please enter the amount of compensatory damages **Plaintiff Felipe Howell** is entitled to as a result of Defendants' violation of the Fair Housing Act, Equal Credit Opportunity Act, and/or New York City Human Rights Law.

**Felipe Howell**     $ 225,000

*IF YOU ANSWERED "YES" TO QUESTION 5 ABOVE, THEN YOU MUST NOT CONSIDER FELEX OR YANICK SAINTIL IN ANSWERING QUESTIONS 11 AND 12.*

(11) If you find that Defendants violated the Fair Housing Act and/or the New York City Human Rights Law, do you find that punitive damages should be awarded against **Emigrant Bank**? If you find "yes," enter the amount of punitive damages you award.

Yes _____
No ✓

Amount:     $ _____

(12) If you find that Defendants violated the Fair Housing Act and/or the New York City Human Rights Law, do you find that punitive damages should be awarded against **Emigrant Mortgage Company**? If you find "yes," enter the amount of punitive damages you award.

Yes _____
No ✓

Amount:     $ _____

**PLEASE SIGN AND DATE YOUR VERDICT.**

Dated: June 27, 2016
Brooklyn, NY

_____
Signature of Foreperson

3