# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF NEW YORK

JEAN ROBERT SAINT-JEAN, EDITH SAINT-JEAN, FELEX SAINTIL, YANICK SAINTIL, LINDA COMMODORE, BEVERLEY SMALL, JEANETTE SMALL, and THE ESTATE OF FELIPE R. HOWELL, SR.,

                    Plaintiffs,

v.

EMIGRANT MORTGAGE COMPANY and EMIGRANT BANK

                    Defendants.

Civil Action No. 11-cv-2122 (MKB)(RLM)

## JUDGMENT

It is hereby ORDERED that:

1.      This case was tried by jury with Judge Johnson presiding.

2.      Judgment is entered in favor of Plaintiff the Administrator of the Estate of Felipe Howell against Defendants Emigrant Mortgage Company and Emigrant Bank (collectively "Defendants") in the amount of $204,250 in compensatory damages.

3.      Judgment is entered in favor of Plaintiff Linda Commodore against Defendants in the amount of $230,504 in compensatory damages.

4.      Judgment is entered in favor of Plaintiff Beverley Small against Defendants in the amount of $178,374 in compensatory damages.

5.      Judgment is entered in favor of Plaintiff Jeanette Small against Defendants in the amount of $108,916 in compensatory damages.

6.      Judgment is entered in favor of Plaintiff Edith Saint-Jean against Defendants in the amount of $1 in nominal damages.

7.      Judgment is entered in favor of Plaintiff Jean Robert Saint-Jean against Defendants in the amount of $1 in nominal damages.

8.      Judgment is entered in favor of Plaintiff Felex Saintil against Defendants in the amount of $1 in nominal damages.

9.      Judgment is entered in favor of Plaintiff Yanick Saintil against Defendants in the amount of $1 in nominal damages.

10.      Any and all prior rulings made by the Court disposing of any claims or requests for relief against any parties are incorporated by reference herein, and this Order shall be deemed to be a Final Judgment within the meaning of Federal Rule of Civil Procedure 58;

11.      The Clerk is directed to send a copy of this Order to the parties; and

12.      The Clerk is directed to CLOSE this case.

SO ORDERED:
s/ MKB 11/16/2022

_____
MARGO K. BRODIE
United States District Judge