UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEAN ROBERT SAINT-JEAN, EDITH SAINT-JEAN, FELEX SAINTIL, YANICK SAINTIL, LINDA COMMODORE, BEVERLEY SMALL, JEANETTE SMALL, AND THE ESTATE OF FELIPE R. HOWELL, SR., <br><br>　　　　　　　　　Plaintiffs, <br><br>　　　　-v- <br><br>EMIGRANT MORTGAGE COMPANY, INC. AND EMIGRANT BANK, <br><br>　　　　　　　　　Defendants. | Hon. Margo K. Brodie <br><br> Case No. 11-cv-2122 (MKB)(RLM) |

## DEFENDANTS' NOTICE OF APPEAL

PLEASE TAKE NOTICE that defendants Emigrant Mortgage Company and Emigrant Bank ("Defendants") hereby appeal to the United States Court of Appeals for the Second Circuit from the final judgment entered in this action on November 16, 2022 (ECF No. 780), as well as all orders leading to that judgment.

Respectfully submitted,

| | |
|---|---|
| /s/ *Matthew A. Schwartz* | /s/ *Evandro C. Gigante* |
| Richard H. Klapper | Evandro C. Gigante |
| Matthew A. Schwartz | PROSKAUER ROSE LLP |
| SULLIVAN & CROMWELL LLP | Eleven Times Square |
| 125 Broad Street | New York, NY  10036 |
| New York, NY  10004 | (212) 969-3000 |
| (212) 558-4000 | |

*Attorneys for Defendants*
*Emigrant Mortgage Company and Emigrant Bank*

Dated:  December 6, 2022

-2-

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 6, 2022, a true and correct copy of the foregoing was served by CM/ECF to the parties registered to the Court's CM/ECF system.


| Dated: December 6, 2022 | /s/ *Matthew A. Schwartz* |
|---|---|
| | Matthew A. Schwartz |