UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEAN ROBERT SAINT-JEAN, EDITH SAINT-JEAN, FELEX SAINTIL, LINDA COMMODORE, BEVERLEY SMALL, YANICK SAINTIL, JEANETTE SMALL, FELIPE HOWELL JR. as Administrator of the Estate of FELIPE R. HOWELL,<br><br>        Plaintiffs,<br><br>v.<br><br>EMIGRANT MORTGAGE COMPANY and EMIGRANT BANK,<br><br>        Defendants. | Civil Action No. 11-cv-2122 |

**PARTIES' JOINT MOTION TO REOPEN THE MATTER
PENDING RESOLUTION OF APPEAL**

Plaintiffs Jean Robert Saint-Jean, Edith Saint-Jean, Felex Saintil, Yanick Saintil, Linda Commodore, Beverley Small, Jeanette Small, and Felipe Howell Jr. as the Administrator of the estate of Felipe R. Howell (collectively "Plaintiffs") and Defendants Emigrant Mortgage Company and Emigrant Bank (collectively "Defendants") respectfully move the Court to reopen the above-captioned matter, which is currently administratively closed pending resolution of Defendants' appeal. On January 12, 2026, the Supreme Court of the United States denied Defendants' petition for writ of certiorari. A notice of the denial is attached as Exhibit A. The parties subsequently corresponded with regard to the correct payment owed to Plaintiffs in satisfaction of the judgment, and on February 6, 2026, Defendants transmitted a payment to Plaintiffs' counsel.

The parties agree that the instant matter should be reopened so that they can file a Satisfaction of Judgment and so that Plaintiffs' fee petition, bill of costs, and any oppositions and

replies thereto, can be presented to the Court. Therefore, the parties respectfully move the Court to reopen the above-captioned matter.

DATED: February 13, 2026

Respectfully submitted,

| | |
|---|---|
| /s/ *Matthew A. Schwartz* | /s/ *Tara K. Ramchandani* |
| Richard H. Klapper | Lila Miller (*pro hac vice*) |
| Matthew A. Schwartz | Tara K. Ramchandani (*pro hac vice*) |
| SULLIVAN & CROMWELL LLP | Yiyang Wu (*pro hac vice*) |
| 125 Broad Street | Reed Colfax (*pro hac vice*) |
| New York, NY 10004 | Relman Colfax PLLC |
| (212) 558-4000 | 1225 19th Street NW, Suite 600 |
| | Washington, DC 20036 |
| Evandro C. Gigante | Phone: (202) 728-1888 |
| PROSKAUER ROSE LLP | Fax: (202) 728-0848 |
| 11 Times Square | lmiller@relmanlaw.com |
| New York, NY 10036 | tramchandani@relmanlaw.com |
| (212) 969-3000 | ywu@relmanlaw.com |
| | rcolfax@relmanlaw.com |
| *Counsel for Defendants* | |
| | Rachel Geballe |
| | Brooklyn Legal Services |
| | 105 Court Street, Fourth Floor |
| | Brooklyn, NY 11201 |
| | (718) 237-5500 |
| | |
| | *Counsel for Plaintiffs* |

cc: All counsel via ECF