**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JEAN ROBERT SAINT-JEAN, EDITH SAINT-JEAN, FELEX SAINTIL, YANICK SAINTIL, LINDA COMMODORE, BEVERLEY SMALL, JEANETTE SMALL, AND FELIPE R. HOWELL, SR.,<br><br>     Plaintiffs,<br><br>-v-<br><br>EMIGRANT MORTGAGE COMPANY AND EMIGRANT BANK,<br><br>     Defendants. | Case No. 11-cv-2122 (MKB) (RLM)<br><br>**SATISFACTION OF JUDGEMENT** |

WHEREAS, a judgment was entered in the above action on the seventh day of December, 2022 in favor of Plaintiffs and against Defendants in the amount of $722,048 plus interest from the sixteenth day of November, 2022 in the amount of $110,225.46 and said judgment with interest thereon having been fully paid on the sixth day of February, 2026, and it is certified that there are no outstanding executions with any Sheriff or Marshall.

THEREFORE, full and complete satisfaction of said judgment is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment. The case remains open for the Court to determine the amount of Plaintiffs' fees and costs, *see* Dkt. 788 and the Court's order of February 17, 2026.

Dated: New York, New York

March 2, 2026

Sullivan and Cromwell LLP

By: _____
Matthew A. Schwartz
Attorney for Defendants
125 Broad Street, New York, NY 10004

STATE OF NEW YORK      )
                       )  ss.:
COUNTY OF NEW YORK     )

On the 2nd day of March, 2026 before me personally came Matthew A. Schwartz, to me known and known to be a member of the firm of Sullivan and Cromwell LLP, attorneys for Defendants in the above-entitled action, and to be the same person described in and who executed the within satisfaction of judgment and acknowledged to me that he executed the same.

_____
Notary Public

Katherine Valeria Brivkov
Notary Public, State of New York
N# 01GR0040588
Qualified in Kings County
Certificate Filed in New York County
Commission Expires August 15, 2029