# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JEAN ROBERT SAINT-JEAN, EDITH SAINT-JEAN, FELEX SAINTIL, LINDA COMMODORE, BEVERLEY SMALL, YANICK SAINTIL, JEANETTE SMALL, FELIPE HOWELL JR. as Administrator of the Estate of FELIPE R. HOWELL,<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>EMIGRANT MORTGAGE COMPANY and EMIGRANT BANK,<br><br>　　　　　Defendants. | Civil Action No. 11-cv-2122 |

## JOINT MOTION TO STAY DEADLINE TO FILE NOTICE OF TAXATION OF COSTS AND MOTIONS FOR ATTORNEYS' FEES & COSTS

Pursuant to the Court's order of February 17, 2026, the parties jointly submit this Motion to Stay Deadline to File Notice of Taxation of Costs and Motions for Attorneys' Fees & Costs. On March 2, 2026, Defendants Emigrant Mortgage Company and Emigrant Bank (collectively "Defendants") filed a Satisfaction of Judgment for damages owed to Plaintiffs Jean Robert Saint-Jean, Edith Saint-Jean, Felex Saintil, Yanick Saintil, Linda Commodore, Beverley Small, Jeanette Small, and Felipe Howell Jr. as the Administrator of the estate of Felipe R. Howell (collectively "Plaintiffs"). The only remaining issue in the case remains the taxation of costs and motions for attorneys' fees and costs.

The Court directed the parties to meet and confer regarding resolution of these issues. The parties did so and determined that the use of a mediator would be helpful and agreed upon JAMS mediator Dina Jansenson. Ms. Jansenson's first available date was June 23, 2026, which the parties accepted. Accordingly, the parties respectfully request that this Court stay all

deadlines for Plaintiffs' notice and motion for taxation of costs and motions for attorneys' fee and costs (*see* Court's Feb. 17 Order re: Dkt. 787) while the parties engage in mediation. The parties propose to submit a letter to the Court regarding the status of resolution by June 30, 2026.

    Respectfully submitted.

DATED: March 13, 2026

Respectfully submitted,

| | |
|---|---|
| /s/ *Matthew A. Schwartz* | /s/ *Tara K. Ramchandani* |
| Richard H. Klapper | Lila Miller (*pro hac vice*) |
| Matthew A. Schwartz | Tara K. Ramchandani (*pro hac vice*) |
| SULLIVAN & CROMWELL LLP | Yiyang Wu (*pro hac vice*) |
| 125 Broad Street | Relman Colfax PLLC |
| New York, NY 10004 | 1225 19th Street NW, Suite 600 |
| (212) 558-4000 | Washington, DC 20036 |
| | Phone: (202) 728-1888 |
| Evandro C. Gigante | Fax: (202) 728-0848 |
| PROSKAUER ROSE LLP | lmiller@relmanlaw.com |
| 11 Times Square | tramchandani@relmanlaw.com |
| New York, NY 10036 | ywu@relmanlaw.com |
| (212) 969-3000 | |
| | Rachel Geballe |
| *Counsel for Defendants* | Brooklyn Legal Services |
| | 105 Court Street, Fourth Floor |
| | Brooklyn, NY 11201 |
| | (718) 237-5500 |
| | |
| | *Counsel for Plaintiffs* |

cc: All counsel via ECF

2